UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable William P. Lynch, United States Magistrate Judge

*Clerk's Minutes*

| | |
|---|---|
| **Case:** | Jones v. Espanola Mun. Sch. Dist., et al. |
| **Case No.:** | 13cv741 RB/WPL, consolidated with 13cv1250 RB/WPL |
| **Date:** | May 27, 2014 |
| **Attorney for Plaintiff:** | Joseph P. Kennedy |
| **Attorneys for Defendants:** | Bryan C. Garcia & Carlos E. Sedillo (for Espanola Mun. Sch. Dist. & Janette Archuleta)<br>Scott P. Hatcher (for Children Youth and Families Dep't & Martha Fernandez) |
| **Clerk:** | RAN |
| **Type of Proceeding:** | Status Conference |
| *Proceedings Commenced:* | 8:31 a.m. |
| *Court in Recess:* | 8:36 a.m. |
| Total Time: | **5 minutes** |

**Proceedings:** The Court asked the parties whether they would still like to have a settlement conference on June 20, 2014, given the pending qualified immunity motion and stay of discovery. Plaintiff and Defendants Children Youth and Families Department and Martha Fernandez stated that they would prefer to have a ruling from the presiding judge prior to engaging in a settlement conference. Defendants Espanola Municipal School District and Janette Archuleta were ambivalent as to vacating the settlement conference. The Court will enter an order vacating the settlement conference. Discovery will be reset following the resolution of pending motions.