# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

BILLY JONES,

    Plaintiff,

vs.                          No. 13-cv-00741 RB/WPL

ESPANOLA MUNICIPAL SCHOOL
DISTRICT, JANETTE ARCHULETA
and MARTHA FERNANDEZ,

    Defendants.

                        Consolidated with

BILLY JONES,

    Plaintiff,

vs.                          No. 13-cv-01250 RB/WPL

CHILDREN YOUTH AND FAMILIES DEPARTMENT,

    Defendant.

**PLAINTIFF'S NOTICE OF AGREED TO EXTENSION FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS CLAIMS AGAINST JANETTE ARCHULETA [Doc. 45]**

Plaintiff hereby notifies the Court and Counsel that the parties have agreed to an extension of August 21, 2014 for Plaintiff to respond to Defendant's Motion to Dismiss Claims Against Janette Archuleta [Doc. 45].

1

Respectfully Submitted,

**KENNEDY KENNEDY & IVES, LLC**

*/s/ Theresa V. Hacsi*
Joseph P. Kennedy
Shannon L. Kennedy
Theresa V. Hacsi
Attorneys for Plaintiff
1000 Second Street NW
Albuquerque, New Mexico 87102
(505) 244-1400 Fax (505) 244-1406

I hereby certify that I served the above pleading on all parties by electronically filing it with the CM/ECF system this 30th day of July, 2014.

*/s/ Theresa V. Hacsi*
Theresa V. Hacsi