**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**BILLY JONES,**

    Plaintiff,

vs.                        No. 13 -00741 RB-WPL

**ESPANOLA MUNICIPAL SCHOOL DISTRICT,**
**JANETTE ARCHULETA AND MARTHA FERNANDEZ**

    Defendants.

Consolidated with

**BILLY JONES,**

    Plaintiff,

vs.                        No. 13-1253 MV-RHS

**CHILDREN, YOUTH AND FAMILIES**
**DEPARTMENT,**

**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS [DOC. 45]**

Defendant Janette Archuleta, through its counsel of record, Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo) hereby gives Notice of Withdrawal of her Motion to Dismiss [Doc. 45]. Defendant Janette Archuleta reserves its right to renew or file another Motion to Dismiss, in the event that Plaintiff files a Third Amended Complaint.

                                          Respectfully submitted,

                                          **NARVAEZ LAW FIRM, P.A.**

                                          */s/ Henry F. Narvaez*
                                          HENRY F. NARVAEZ
                                          CARLOS E. SEDILLO
                                          *Attorneys for School Defendants*
                                          P.O. Box 25967
                                          Albuquerque, New Mexico 87125-0967
                                          T: (505) 248-0500

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing
electronically through CMECF,
which caused the following parties or
counsel to be served by email,
as more fully reflected on the Notice of Electronic Filing,
on September 16, 2014 to:

Joseph P. Kennedy
Shannon L. Kennedy
KENNEDY LAW FIRM
Attorneys for Plaintiff
1000 Second Street NW
Albuquerque, New Mexico 87102

Scott P. Hatcher
Hatcher & Tebo, P.A.
Attorney for Defendant Fernandez
150 Washington Ave., Suite 204
Santa Fe, NM 87501

 /s/  Henry F. Narvaez
HENRY F. NARVAEZ