IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BILLY JONES,**

    Plaintiff,

vs.                                                                              No. 13-00741 RB-WPL

**ESPANOLA MUNICIPAL SCHOOL DISTRICT,**
**JANETTE ARCHULETA AND MARTHA FERNANDEZ**

    Defendants.
                                                Consolidated with

**BILLY JONES,**

    Plaintiff,

vs.                                                                              No. 13-1253 MV-RHS

**CHILDREN, YOUTH AND FAMILIES**
**DEPARTMENT,**

## NOTICE OF EXTENSION

Pursuant to D.N.M. LR-Civ. 7.4(a), Plaintiff Billy Jones, by and through his counsel of record, the Kennedy Law Firm (Joseph P. Kennedy and Michael L. Timm), and Defendants Espanola Municipal School District and Janette Archuleta, by and through their counsel of record, Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo) hereby notify the Court that they have agreed to and extension of time until January 14, 2015 for Plaintiff to file the following:

- Plaintiff's Responses to Defendant Espanola Municipal School's and Defendant Janette Archuleta's Motions to Dismiss [Docs. 57 and 58]; or

- A Motion to Amend Plaintiff's First Amended Complaint

Respectfully submitted,

                                              **KENNEDY LAW FIRM**

                                              *Approved via email on 12/11/14*
                                              JOSEPH P. KENNEDY
                                              MICHAEL L. TIMM
                                              *Attorneys for Plaintiff*
                                              1000 Second Street NW
                                              Albuquerque, New Mexico 87102


                                              **NARVAEZ LAW FIRM, P.A.**

                                              */s/ Carlos E. Sedillo*
                                              HENRY F. NARVAEZ
                                              CARLOS E. SEDILLO
                                              *Attorneys for School Defendants*
                                              P.O. Box 25967
                                              Albuquerque, New Mexico 87125-0967

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing
electronically through CMECF,
which caused the following parties or
counsel to be served by email,
as more fully reflected on the Notice of Electronic Filing,
on December 11, 2014 to:

Scott P. Hatcher
Hatcher & Tebo, P.A.
Attorney for Defendant Fernandez
150 Washington Ave., Suite 204
Santa Fe, NM 87501

 */s/ Carlos E. Sedillo*
CARLOS E. SEDILLO