# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

### Before the Honorable William P. Lynch, United States Magistrate Judge

### *Clerk's Minutes*

| | |
|---|---|
| **Case:** | Jones v. Espanola Mun. Sch. Dist., et al. |
| **Case No.:** | 13cv741 RB/WPL |
| **Date:** | December 22, 2014 |
| **Location:** | Telephonic (meet-me line) |
| **Attorney for Plaintiff:** | Joseph P. Kennedy |
| **Attorneys for Defendants:** | Carlos E. Sedillo (for Espanola Mun. Sch. Dist. & Janette Archuleta) |
| | Scott P. Hatcher (for Children Youth and Families Dep't & Martha Fernandez) |
| **Clerk:** | RAN |
| **Type of Proceeding:** | Status Conference |
| *Proceedings Commenced:* | 2:08 p.m. |
| *Court in Recess:* | 2:13 p.m. |
| Total Time: | **5 minutes** |

**Proceedings:**   The Court asked why Plaintiff's counsel was late for the status conference. Plaintiff's counsel responded that the status was not on the firm's calendar. The Court asked whether the case should remain stayed. Plaintiff and remaining Defendants agreed that Defendant Archuleta is entitled to a stay of the case. The parties will send a proposed order to the Court staying the case.

Counsel for Martha Fernandez and Children Youth and Families Department need not appear for future hearings before the Court since both parties have been terminated.

Plaintiff noted that it might be appropriate to consolidate this case with another brought by Plaintiff. Plaintiff will discuss consolidation with the other parties.