IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY JONES,

    Plaintiff,

vs.                               No. 13 -00741 RB-WPL

ESPANOLA MUNICIPAL SCHOOL DISTRICT,
JANETTE ARCHULETA AND MARTHA FERNANDEZ

    Defendants.

                              Consolidated with

BILLY JONES,

    Plaintiff,

vs.                               No. 13-1253 MV-RHS

CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,

**STIPULATED MOTION TO CONTINUE THE STAY OF DISCOVERY**

COME NOW Defendant Janette Archuleta, by and through her counsel of record, Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo) and Plaintiff Billy Jones, by and through his counsel of record the Kennedy Law Firm (Joseph P. Kennedy and Michael L. Timm), hereby moves that this Court continue its Order staying discovery [Doc. 33], pending the resolution of Defendant Archuleta's Amended Motion to Dismiss based on Qualified Immunity [Doc. 58], presently before the Court. As ground for this Motion, the Parties state a follows:

1. Defendant Archuleta filed an Amended Motion to Dismiss based on Qualified Immunity on December 10, 2014 [Doc. 58].

2. The Parties stipulate that Defendant has a right to a stay of discovery pending the resolution of her Motion to Dismiss based on Qualified Immunity. Ashcroft v. Iqbal, 556 U.S. 662 (2009).

1

Respectfully submitted,

**NARVAEZ LAW FIRM, P.A.**

*/s/ Carlos E. Sedillo*
HENRY F. NARVAEZ
CARLOS E. SEDILLO
*Attorneys for School Defendants*
P.O. Box 25967
Albuquerque, New Mexico 87125-0967
T: (505) 248-0500

**KENNEDY LAW FIRM**

*Approved via email on 1/6/15*
JOSEPH P. KENNEDY
MICHAEL L. TIMM
*Attorneys for Plaintiff*
1000 Second Street NW
Albuquerque, New Mexico 87102

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing
electronically through CMECF,
which caused the following parties or
counsel to be served by email,
as more fully reflected on the Notice of Electronic Filing,
on January 6, 2015 to:

Scott P. Hatcher
Hatcher & Tebo, P.A.
Attorney for Defendant Fernandez
150 Washington Ave., Suite 204
Santa Fe, NM 87501

*/s/ Carlos E. Sedillo*
CARLOS E. SEDILLO