# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**BILLY JONES,**

      **Plaintiff,**

**vs.**                                   **No. 13 -00741 RB-WPL**

**ESPANOLA MUNICIPAL SCHOOL DISTRICT,**
**JANETTE ARCHULETA AND MARTHA FERNANDEZ**

      **Defendants.**

                              **Consolidated with**

**BILLY JONES,**

      **Plaintiff,**

**vs.**                                   **No. 13-1253 MV-RHS**

**CHILDREN, YOUTH AND FAMILIES**
**DEPARTMENT,**

## STIPULATED ORDER GRANTING THE PARTIES' MOTION TO CONTINUE THE STAY OF DISCOVERY

THIS MATTER having coming before the Court on *The Parties' Stipulated Motion to Continue the Stay of Discovery*, the Court having reviewed the Stipulated Motion, noting the Parties' agreement, and being otherwise fully advised in the premises, finds that *The Parties Stipulated Motion to Continue the Stay of Discovery* is well taken, and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that the Order to stay discovery in this case [Doc. 33], is continued, with all discovery being stayed pending Judge Brack's ruling on the Defendant Archuleta's pending Amended Motion to Dismiss based on Qualified Immunity [Doc. 58].

_____
William P. Lynch
United States Magistrate Judge

**APPROVED BY:**

**NARVAEZ LAW FIRM, P.A.**

 /s/  Carlos E. Sedillo
HENRY F. NARVAEZ
CARLOS E. SEDILLO
*Attorneys for School Defendants*
P.O. Box 25967
Albuquerque, New Mexico 87125-0967
T: (505) 248-0500

**KENNEDY LAW FIRM**

*Approved via email on 1/6/15*
JOSEPH P. KENNEDY
MICHAEL L. TIMM
*Attorneys for Plaintiff*
1000 Second Street NW
Albuquerque, New Mexico 87102