IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BILLY JONES,**

    Plaintiff,

vs.	No. 13 -00741 RB-WPL

**ESPANOLA MUNICIPAL SCHOOL DISTRICT,
JANETTE ARCHULETA AND MARTHA FERNANDEZ**

    Defendants.

                      Consolidated with

**BILLY JONES,**

    Plaintiff,

vs.	No. 13-1253 MV-RHS

**CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,**

## NOTICE OF EXTENSION

Pursuant to D.N.M. LR-Civ. 7.4(a), Plaintiff Billy Jones, by and through his counsel of record, the Kennedy Law Firm (Joseph P. Kennedy and Michael L. Timm), and Defendants Espanola Municipal School District and Janette Archuleta, by and through their counsel of record, Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo) hereby notify the Court that they have agreed to and extension of time until January 28, 2015 for Plaintiff to file the following:

- Plaintiff's Responses to Defendant Espanola Municipal School's and Defendant Janette Archuleta's Amended Motions to Dismiss [Docs. 57 and 58]; and/or

- A Motion to Amend Plaintiff's First Amended Complaint

Respectfully submitted,

**KENNEDY LAW FIRM**

 */s/ Joseph P. Kennedy.*
JOSEPH P. KENNEDY
MICHAEL L. TIMM
*Attorneys for Plaintiff*
1000 Second Street NW
Albuquerque, New Mexico 87102

**NARVAEZ LAW FIRM, P.A.**

 *Approved via email on January 13, 2015*
HENRY F. NARVAEZ
CARLOS E. SEDILLO
*Attorneys for School Defendants*
P.O. Box 25967
Albuquerque, New Mexico 87125-0967

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing
electronically through CMECF,
which caused the following parties or
counsel to be served by email,
as more fully reflected on the Notice of Electronic Filing,
on January 13, 2015 to:

Henry F. Narvaez
Carlos E. Sedillo
Narvaez Law Firm, PA
PO Box 25967
Albuquerque, NM 87125-0967

 */s/ Joseph P. Kennedy*
JOSEPH P. KENNEDY