# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**BILLY JONES,**

    Plaintiff,

vs.                               No. 1:13-cv-00741-RB-WPL

**ESPAÑOLA MUNICIPAL SCHOOL DISTRICT,
SUPERINTENDENT JANETTE ARCHULETA and
MARTHA FERNANDEZ,**

    Defendants.

**Consolidated with**

**BILLY JONES,**

    Plaintiff,

vs.                               No. 1:13-cv-01250-KBM-RHS

**CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,**

    Defendants.

## ORDER GRANTING UNOPPOSED PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMEND COMPLAINT

This matter came before the Court upon Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint. The Court noting consent of counsel for all Defendants, and having considered the Motion, finds that it should be granted.

IT IS, THEREFORE, HEREBY ORDERED that Plaintiff is granted leave to file the Second Amended Complaint for Recovery of Damages Due to Deprivation of Civil Rights and Violation of Title II of the Americans with Disabilities Act in the form as attached to the Motion to Amend.

                                                    */s/ William P. Lynch*
                                                    William P. Lynch
                                                    United States Magistrate Judge

Approved:


***/s/ Joseph P. Kennedy*** 
Joseph P. Kennedy
Shannon L. Kennedy
Michael L. Timm, Jr.
1000 Second Street NW
Albuquerque, New Mexico 87102
505-244-1400 Fax: 505-244-1406
*Attorneys for Plaintiff*


***Approved by e-mail 1-20-15*** 
Carlos E. Sedillo, Esq.
Narvaez Law Firm, P.A.
P.O. Box 25967
Albuquerque, NM 87125
505-248-0500 Fax: 505-247-1344
*Attorneys for Defendants*