IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY JONES,

    Plaintiff,

vs.        No. 13 -00741 RB-WPL

ESPANOLA MUNICIPAL SCHOOL DISTRICT,
JANETTE ARCHULETA AND MARTHA FERNANDEZ

    Defendants.

        Consolidated with

BILLY JONES,

    Plaintiff,

vs.       No. 13-1253 MV-RHS

CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,

## NOTICE OF WITHDRAWAL OF AMENDED MOTION TO DISMISS [DOC. 57]

Defendant Espanola Municipal School District, through its counsel of record, Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo) hereby gives Notice of Withdrawal of its Amended Motion to Dismiss [Doc. 57]. Defendant Espanola Municipal School District reserves its right to renew or file another Motion to Dismiss based upon Plaintiff's Second Amended Complaint.

        Respectfully submitted,

        **NARVAEZ LAW FIRM, P.A.**

        /s/ Carlos E. Sedillo
        HENRY F. NARVAEZ
        CARLOS E. SEDILLO
        *Attorneys for School Defendants*
        P.O. Box 25967
        Albuquerque, New Mexico 87125-0967
        T: (505) 248-0500

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing
electronically through CMECF,
which caused the following parties or
counsel to be served by email,
as more fully reflected on the Notice of Electronic Filing,
on January 26, 2015 to:

Joseph P. Kennedy
Shannon L. Kennedy
KENNEDY LAW FIRM
Attorneys for Plaintiff
1000 Second Street NW
Albuquerque, New Mexico 87102

 /s/  *Carlos E. Sedillo*
CARLOS E. SEDILLO