IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BILLY JONES,**

    Plaintiff,

vs.                               No. 13 -00741 RB-WPL

**ESPANOLA MUNICIPAL SCHOOL DISTRICT,
JANETTE ARCHULETA AND MARTHA FERNANDEZ**

    Defendants.

                         Consolidated with

**BILLY JONES,**

    Plaintiff,

vs.                               No. 13-1253 MV-RHS

**CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,**

## NOTICE OF WITHDRAWAL OF AMENDED MOTION TO DISMISS [DOC. 58]

Defendant Janette Archuleta, through its counsel of record, Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo) hereby gives Notice of Withdrawal of her Amended Motion to Dismiss [Doc. 58]. Defendant Janette Archuleta reserves its right to renew or file another Motion to Dismiss based on Plaintiffs Second Amended Complaint.

                                          Respectfully submitted,

                                          **NARVAEZ LAW FIRM, P.A.**

                                          _/s/ Carlos E. Sedillo_
                                          HENRY F. NARVAEZ
                                          CARLOS E. SEDILLO
                                          *Attorneys for School Defendants*
                                          P.O. Box 25967
                                          Albuquerque, New Mexico 87125-0967
                                          T: (505) 248-0500

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing
electronically through CMECF,
which caused the following parties or
counsel to be served by email,
as more fully reflected on the Notice of Electronic Filing,
on January 26, 2015 to:

Joseph P. Kennedy
Shannon L. Kennedy
KENNEDY LAW FIRM
Attorneys for Plaintiff
1000 Second Street NW
Albuquerque, New Mexico 87102


 */s/  Carlos E. Sedillo*
CARLOS E. SEDILLO