IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY JONES,

    Plaintiff,

vs.                                          No. 13-00741 RB-WPL

ESPANOLA MUNICIPAL SCHOOL DISTRICT,
JANETTE ARCHULETA AND MARTHA FERNANDEZ

    Defendants.
                                            Consolidated with

BILLY JONES,

    Plaintiff,

vs.                                          No. 13-1253 MV-RHS

CHILDREN, YOUTH AND FAMILIES
DEPARTMENT,

## NOTICE OF EXTENSION

Pursuant to D.N.M. LR-Civ. 7.4(a), Plaintiff Billy Jones, by and through his counsel of record, the Kennedy Law Firm (Joseph P. Kennedy and Michael L. Timm), and Defendants Espanola Municipal School District and Janette Archuleta, by and through their counsel of record, Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo) hereby notify the Court that they have agreed to and extension of time until February 18, 2015 for Defendants to file an Answer to Plaintiff's Second Amended Complaint [Doc. 68].

Respectfully submitted,

**KENNEDY LAW FIRM**

*Approved via email on 1/28/15*
JOSEPH P. KENNEDY
MICHAEL L. TIMM
*Attorneys for Plaintiff*
1000 Second Street NW
Albuquerque, New Mexico 87102


**NARVAEZ LAW FIRM, P.A.**

 */s/ Carlos E. Sedillo*
HENRY F. NARVAEZ
CARLOS E. SEDILLO
*Attorneys for School Defendants*
P.O. Box 25967
Albuquerque, New Mexico 87125-0967