IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY JONES,

    Plaintiff,

vs.                     No. 1:13-cv-00741 RB/WPL

ESPANOLA MUNICIPAL SCHOOL
DISTRICT, JANETTE ARCHULETA and
MARTHA FERNANDEZ,

    Defendants,

Consolidated with

BILLY JONES,

    Plaintiff,

vs.                     No. 1:13-cv-01250 RB/WPL

CHILDREN YOUTH AND FAMILIES
DEPARTMENT,

    Defendant.

## O R D E R

This matter is before the Court on the Stipulated Motion to Dismiss Court III of Plaintiff's First Amended Complaint Against Defendants Espanola Municipal School District and Superintendent Janette Archuleta. (Doc. 65). The parties request the Plaintiff's equal protection claim as alleged in Count III of the First Amended Complaint be dismissed with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court finds that this motion should be granted.

    IT IS SO ORDERED.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE