# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

### Before the Honorable William P. Lynch, United States Magistrate Judge

### *Clerk's Minutes*

| | |
|---|---|
| **Case:** | Jones v. Espanola Municipal School District et al. |
| **Case No.:** | 13cv741 RB/WPL |
| **Date:** | January 20, 2016 |
| **Location:** | Telephonic (meet-me line) |
| **Attorney for Plaintiff:** | Joseph Kennedy |
| **Attorneys for Defendants:** | Henry Narvaez and Carlos Sedillo |
| **Clerk:** | ph |
| **Type of Proceeding:** | Status Conference |

*Proceedings Commenced:* 8:30 a.m.
*Court in Recess:* 8:41 a.m.
Total Time: **11 mins**

**Proceedings:** Mr. Narvaez stated that he'd like to extend his expert report disclosure deadline currently set for January 29, 2016. (*See* Doc. 79.) The Court asked the parties to confer and submit a proposed order with an agreed upon extension.

The Court reminded the parties that they can request a settlement conference at any time.

At Mr. Narvaez's request, the Court will hold a status conference in a few weeks. An order setting the status conference will follow.