IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BILLY JONES,**

    Plaintiff,

vs.   No. 13 -00741 RB-WPL

**ESPANOLA MUNICIPAL SCHOOL DISTRICT,
and SUPERINTENDENT JANETTE ARCHULETA**

    Defendants.

### DEFENDANTS' DESIGNATION OF EXPERT WITNESSES

COME NOW Defendant Espanola Municipal School District and Defendant Janette Archuleta (Defendants), by and through her undersigned counsel of record, Narvaez Law Firm, P.A. (Henry F. Narvaez and Carlos E. Sedillo), for their Designation of Expert Witnesses hereby state that Defendants may or will call at trial the following:

1.     Samuel Roll, Ph.D.
      201 Tulane Drive SE
      Albuquerque, NM 87106
      (505) 255-9494

    Provided with this disclosure is a report from Dr. Roll dated May 12, 2016, which sets forth Dr. Roll's opinions and the grounds and basis for those opinions. Dr. Roll's qualifications and list of publications can be found on his CV, which is produced with this disclosure.

    Respectfully submitted,

    **NARVAEZ LAW FIRM, P.A.**

    */s/ Henry F. Narvaez*
    HENRY F. NARVAEZ
    CARLOS E. SEDILLO
    *Attorneys for School Defendants*
    P.O. Box 25967
    Albuquerque, New Mexico 87125-0967
    T: (505) 248-0500

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing
electronically through CMECF,
which caused the following parties or
counsel to be served by email,
on May 13, 2016 to:

Joseph P. Kennedy
Shannon L. Kennedy
KENNEDY LAW FIRM
Attorneys for Plaintiff
1000 Second Street NW
Albuquerque, New Mexico 87102


 /s/  Henry F. Narvaez
HENRY F. NARVAEZ