IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BILLY JONES,**

    Plaintiff,

vs.                                                                                  No. 13 -00741 RB-WPL

**ESPANOLA MUNICIPAL SCHOOL DISTRICT,**
**and SUPERINTENDENT JANETTE ARCHULETA**

    Defendants.

### REVISED ORDER GRANTING-IN-PART AND DENYING-IN-PART PLAINTIFF'S MOTION TO COMPEL

THIS MATTER comes before this Court on the Parties' joint request that Defendants not be required to notify the students or their parents of the disclosures required by the Court in its Order of May 13, 2016 [Doc. 115].  The Court, having considered the joint request of the Parties' hereby determines that the student information Defendants are to produce pursuant to Doc. 115, does not disclose any personal identifiable information and therefore, is not subject to FERPA. *Bd. of Trs., Cut Bank Pub. Sch. v. Cut Bank Pioneer Press*, 160 P.3d 482, 487 (Mont. 2007) (citing *Osborn v. Bd. of Regents of Univ. of Wis. Sys.*, 647 N.W.2d 158, 168 n.11 (Wis. 2002)), and finds that the parties' position is well-taken and should be granted.

**IT IS THEREFORE ORDERED:**

    a. The Court hereby revises its Order of May 13, 2016 [Doc. 115], and removes the requirement that Defendants are to make reasonable efforts to contact the relevant students or parents and alert them to the required disclosure.

    b. The remaining portions of the Court's Order of May 13, 2016 [Doc. 115] shall remain the same.

_____
William P. Lynch
United States Magistrate Judge

APPROVED:

**NARVAEZ LAW FIRM, P.A.**

 /s/  Carlos E. Sedillo
HENRY F. NARVAEZ
CARLOS E. SEDILLO
*Attorneys for School Defendants*
P.O. Box 25967
Albuquerque, New Mexico 87125-0967


**KENNEDY LAW FIRM**

*/s/Approved via telephone on 6/23/16*
JOSEPH P. KENNEDY
THERESA V. HACSI
*Attorneys for Plaintiff*
1000 Second Street NW
Albuquerque, New Mexico 87102