**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**BILLY JONES,**

      **Plaintiff,**

**vs.**                                                        **No. 13-00741 RB-WPL**

**ESPANOLA MUNICIPAL SCHOOL DISTRICT,**
**and SUPERINTENDENT JANETTE ARCHULETA**

      **Defendants.**

**ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR LIMITED**
**DISCOVERY AND TO EXTEND THE DISPOSITIVE MOTIONS DEADLINE**

THIS MATTER comes before this Court on the remaining parties' Stipulated Motion for Limited Discovery and to Extend the Dispositive Motions Deadline [Doc. 127].  This Court, having reviewed the motion, and having considered that all parties have stipulated to the requested relief, finds that the parties' Stipulated Motion for Limited Discovery and to Extend the Dispositive Motions Deadline is well-taken and should be granted.

      **IT IS THEREFORE ORDERED:**

    a.  Limited Discovery shall be allowed to conduct the depositions of Billy Jones and Tim Jones on July 27, 28, or 29, 2016.

    b.  The current Dispositive Motions deadline of July 22, 2016 shall be extended to August 10, 2016, with an abbreviated Response deadline of August 22, 2016, and an abbreviated Reply deadline of September 2, 2016.

    c.  All other deadlines shall remain the same.

*William P. Lynch*
_____
THE HONORABLE WILLIAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE

1

APPROVED:

**NARVAEZ LAW FIRM, P.A.**

 */s/  Carlos E. Sedillo*
HENRY F. NARVAE
CARLOS E. SEDILLO
*Attorneys for School Defendants*
P.O. Box 25967
Albuquerque, New Mexico 87125-0967


**KENNEDY LAW FIRM**

*/s/Approved via email on 7/13/16*
JOSEPH P. KENNEDY
*Attorney for Plaintiff*
1000 Second Street NW
Albuquerque, New Mexico 87102