1. Andria
2. Krystal
3. Alex
4. Mario
5. Dustin
6. Roberto
7. Rosa
8. Alexandria

9. Chris
10. 1 girl
11. 1 boy
12. 2 girl

13

Chris D.
trujillo

Exhibit 3

1

# I believe...

**L** that BS should be one of BR 31 flavors. one scoops

**B** anyone who wants to wear a thong should have to go through an Application process

**R** Ignorence of the law is no excusse. I'm quoting a NYC Judge on this one

**All** how old are you? old enough to play this thing. when's your b-day? (11/6) No what year, every year you asked

**J** you show me a 3 y.o. Runnin around in the flea market, drinking CC out of a bottle, and I'll show you a future Nasedu fan

**L** you gotta rent the truck to get the incurance money to make your truck payment

**R** I'll have a scotch. Oh, I already have one go right ahead

②



③



4

List for Hell

1. Pink whore
2. Special Blonde
3. Fat ASS
3. ChrisD
4. Chriss
5. Austin

Billy Jones
9/8/10
Bioligy I

How does a Plant Cell Relate to your School

| Organelle | function in the Plant Cell | Who at your school has a similar Job |
|---|---|---|
| Cell wall | Pretect & Support | Principle |
| Cell membrane | Controlls what goes in and out of cell | Security |
| nucleus | controlls many of the cells actions | vice principle |
| Cytoplasm | holds almost everything so it cant move | P.E/.T. |
| Chloroplast | captures sun light to use | flag |
| Mitochondrion | Converts energy to use | Cafateria |
| Vacuoles | structures that store stuff | Lockers |
| Chromosomes (DNA) | | |
| ribosomes | | |

List

No#5

1. Nathan
2. Austin
3. Dastin
4. Rosa
5. Megan
6. Jaymes
7. Kayca

I.A ustin COB

I Believe
(Noise)
that
wasn't
me!

⑨





RIP
Jolene
Benson
Pink whore

RIP
Tsmaiel
fat
ASS

Rest In Peace

RIP
Austin
C

RIP
Chris D.
trujillo
Mexican
Hitler

to HELL

(12)

B the way to a mans heart
is not through a mans stoma
it's a little further south

J the only thing worse than
having Diaria, is having it
quietly in a public restRoo

Cripple stool
1. they allways keep clea
2. lot of room/ legs
3. rail s for power squeesi

cripple stool is the
Catolack at a pin stool

guns don't kill people,
Husbands that come
home early do.

J if you can't say anything
nice about someone,
you're probably talking
about Hillary Clinton

⑬

B the phrase time
in a bottle refurse
to the amount of been
you can drink before
last call

J if you let someone
cut you off, and
Dont give you the
little wave, Perfectly
leagle, get dup undern.
get them loose, and put
them into the wall 4men

R if life gives you lemas
you make lemonade
and try tofind somebou
whose life is vodca,
and have a party

I belive that's it
G N S

⑭