IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BILLY JONES,

    Plaintiff,

v.                        No. 13-CV-00741-RB-WPL

ESPANOLA MUNICIPAL SCHOOL DISTRICT,
JANETTE ARCHULETA and MARTHA FERNANDEZ

    Defendants.

## NOTICE OF ERRATA/NOTICE TO CORRECT PLEADING EXHIBIT

COMES NOW Plaintiff, Billy Jones, by and through counsel of record, Kennedy Kennedy & Ives, and hereby gives notice that Plaintiff's Response to Defendant Archuleta's Motion for Summary Judgment on Qualified Immunity [Doc. 137] filed and served on counsel on August 1, 2016, contained an exhibit identified as Exhibit 6, with an Affidavit that was not signed.

Accordingly, Plaintiff provides the Court and counsel with the document identified as Exhibit 6 with the signed Affidavit of Alina Taveras Shelley.

Respectfully submitted,

KENNEDY KENNEDY & IVES

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy
Theresa V. Hacsi
*Attorneys for Plaintiffs*
1000 2nd Street NW
Albuquerque, NM 87102
(505) 244-1400 F: (505) 244-1406

I hereby certify that a true and correct copy of the foregoing document was sent to all counsel of record via electronic mail on the date of its filing via the CM/ECF e-filing system.

*/s/ Joseph P. Kennedy*
Joseph P. Kennedy